**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN, | (Electronically Filed) |
| Plaintiffs, | CIVIL ACTION |
| v. | Civil Action No. 1:24-cv-4324 |
| RESTORATION OF AMERICA, VOTER REFERENCE FOUNDATION LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, | |
| Defendants. | |

**DECLARATION OF JOHN E. MACDONALD, ESQ.**

I, John E. MacDonald, Esq. declare as follows:

1. I am a citizen of the United States, over 18 years of age, and competent to testify as to the matters contained in this Declaration. If called as a witness, I could and would competently testify as to these same facts.

2. I have personal knowledge of the facts set forth in this Declaration.

3. I am currently employed as an attorney at the law firm Constangy, Brooks, Smith & Prophete, LLP, which is representing Defendants Restoration of America and Voter Reference Foundation LLC in the above-captioned matter.

4. On March 11, 2024, I viewed Plaintiff Edwin Maldonado's LinkedIn profile, which states that he is currently employed as a police detective for the Union County Prosecutor's Office.

A true and correct screenshot of Plaintiff Maldonado's LinkedIn page, captured on March 11, 2024, is attached herewith as **Exhibit 1**.

5. On March 10, 2024, I viewed the website for the Franklin Township Police Department of Franklin Township, New Jersey, which listed Plaintiff Patrick Colligan as a current Police Detective. A true and correct screenshot of the Franklin Township Police Department webpage, listing Defendant Colligan's employment status as of March 10, 2024, is attached herewith as **Exhibit 2**.

6. On March 10, 2024, I viewed the website for the State of New Jersey's Employee Phone Directory webpage, Franklin Township Police Department of Franklin Township, New Jersey, which listed Defendant Sullivan as a current employee of the Department of Corrections. A true and correct screenshot of the State of New Jersey's Employee Phone Directory webpage, listing Defendant Sullivan as a current employee, captured on March 10, 2024, is attached herewith as **Exhibit 3**.

7. Restoration of America, Inc. was incorporated in the State of Ohio. A true and correct copy of Restoration of America, Inc.'s listing on the Ohio Secretary of State's corporations website, captured March 27, 2024, listing Restoration of America, Inc. as an active Ohio corporation is attached herewith as **Exhibit 4**.

8. Voter Reference Foundation LLC was incorporated in the State of Ohio. A true and correct copy of Voter Reference Foundation LLC's listing on the Ohio Secretary of State's corporations website, captured March 27, 2024, listing Voter Reference Foundation LLC as an active Ohio corporation is attached herewith as **Exhibit 5**.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2024

*/s/ John E. MacDonald*
John E. MacDonald, Esq.