# EXHIBIT 1

in
Home My Network 12 Jobs Messaging Notifications 25 For Business Upskill Premi




## Edwin Maldonado (He/Him) · 3rd

Dedicated, loyal and dependable law enforcement professional transitioning into corporate security management and/or loss prevention. Compliance | Leadership |Risk Management | Asset Protection | Strategic Planning

Union County Prosecutor's Office

FDU Fairleigh Dickinson University

Elizabeth, New Jersey, United States · Contact info

4,022 followers · 500+ connections

+ Follow Message More

Open to work
Police Detective roles
Show details

## Activity

4,022 followers

+ Follow

Posts Comments Images

Edwin Maldonado posted this • 1mo

So if you're dreaming of a new home this year, let's get started! Contact me, and we'll get you in your new home in no time. #thehelpfulagent #home #house ...show more



Get in touch for more information
listreports.com

1

Edwin Maldonado posted this • 1mo

It's essential to prioritize your search and to let your agent (me!) help! Set realistic timelines for when you'd like to be in your new home, and let us get to ...show more



Get in touch for more information
listreports.com

2

Edwin Maldonado posted this • 1mo

These five steps can be easily done, and some you won't even need a professional. Are you looking to list your home soon? I can bring my expertise to any ...show more

Get in touch for more information
listreports.com

Show all posts →

## About

As a young boy growing up in Plainfield, New Jersey, I always had a passion for becoming a police officer and helping my community be a safer and more enjoyable place to live. I joined the Police Explorers at the age of 14 and did not look back. I was fortunate to have been able to serve as a Patrolman and now a Detective in my...

## Experience

**Police Detective**
Union County Prosecutor's Office · Full-time
May 2011 - Present · 12 yrs 11 mos
New Jersey, United States

I have conducted over 100 criminal investigations resulting in the successful prosecution of individuals and organized groups. The investigations includ...

Emergency Management, Field Training and +2 skills

**Adjunct Professor**
Union County College · Part-time
Sep 2021 - Present · 2 yrs 7 mos

**Police Detective**
Plainfield Police Division · Full-time
Jul 2000 - May 2011 · 10 yrs 11 mos
New Jersey, United States

During my 6-year tenure as a Patrolman in a busy city, I was vigilant, observant and highly proactive resulting in hundreds of arrests and creatin...

## Education

**Fairleigh Dickinson University**
Masters Degree, Administrative Science
2016
Grade: 3.89 GPA

**Fairleigh Dickinson University**
,Bachelor of Arts, Public Administration
2015

## Volunteering

**Leader/Instructor**
• Plainfield Police Explorers
Children

**Squad Member**
Plainfield Rescue Squad
Health

## Licenses & certifications

# EXHIBIT 2

ectory/StaffDirectory/3590/4124?npage=2&sortn=SName&sortd=asc

ual u... chart of requiremen... HAIKU | Turner – Tri... Lexis® Cigna Reimbursem... SSD Quick Calculator OLD Privacy Policy |... Penn Entertainment... d) doe

Township of FRANKLIN SOMERSET, NJ

Staff Directory RFP/Bids Interactive Town Map Municipal Codes FAQ Contact Us

Search...

Our Township Government Departments Committees & Commissions Residents Business

- WHAT'S NEW
- HISTORY
- THINGS TO DO
- HOTELS
- MASS TRANSPORTATION
- UTILITIES, TV & GARBAGE COLLECTION
- OTHER USEFUL LINKS
- INTERACTIVE TOWNSHIP MAP
- TRAIL MAPS & INFORMATION
- CONNECT WITH US
- FRANKLIN TOWNSHIP FAQ
- FRANKLIN TOWNSHIP CALENDAR OF EVENTS
- COMMITTEES & COMMISSIONS MEETING CALENDAR
- TOWNSHIP STAFF »

Our Township »

# Township Staff

Font Size Share & Bookmark Feedback Print

Search

## Colligan, Patrick

Return to full list >>

| | |
|---|---|
| **Departments:** | Police |
| **Title:** | Detective |
| **Phone:** | (732) 873-5533 ext. 3102 |

**Stay Up To Date With The Latest News**

ENTER EMAIL ADDRESS... SUBSCRIBE

CONTACT US

Franklin Township Municipal Complex
475 DeMott Lane
Somerset, NJ 08873
732-873-2500

LINKS

Contact Us
Resident Feedback Form
Site Map
Connect with us
Staff

KEEP IN TOUCH

# EXHIBIT 3

## Employee Phone Directory

v

Search Again Search Again Switch to Name Search Display results as: table

For updates to this directory please use the Request Agency Phone List Correction page.

### Matches 24901 to 25000 of 28975 for "v"

| Name | Dept | Agency | PO | Phone |
|---|---|---|---|---|
| Sullivan,Thomas C | OI | Office Of Information Tech | | 609-815-2030 |
| Sullivan,Timothy | SP | State Parole Board | | |
| Sullivan,Timothy F | LP | Law & Public Safety | | |
| Sullivan,Tracy A | HL | Health And Senior Services | | |
| Sullivan,Viviane | LP | Law & Public Safety | | 973-353-8262 |
| Sullivan,William | CO | Corrections | | |
| Sullivan-Curtis,Cory M | HS | Human Services | | |
| Sully,Cilette M | HS | Human Services | | 732-968-6000 |
| Sully,Juana R | HS | Human Services | | 609-726-1000 |
| Sulonma,Solomon G | HL | Health And Senior Services | | |
| Sulton,Nicole | HS | Human Services | | 856-696-6000 |

# EXHIBIT 4

**Frank LaRose**
*Ohio Secretary of State*

**Wed Mar 27 2024**

| | |
|---|---|
| **Entity#:** | 4927303 |
| **Filing Type:** | CORPORATION FOR NON-PROFIT |
| **Original Filing Date:** | 09/16/2022 |
| **Location:** | WEST CHESTER- |
| **Business Name:** | RESTORATION OF AMERICA |
| **Status:** | Active |
| **Exp. Date:** | 03/29/2028 |

## Agent/Registrant Information

DAVID R. LANGDON
1201 MAIN STREET STE 2
CINCINNATI OH 45202
03/29/2023
Active

## Filings

| Filing Type | Date of Filing | Document ID |
|---|---|---|
| DOMESTIC ARTICLES/NON-PROFIT | 09/16/2022 | 202225002644 |
| MERGER/DOMESTIC | 10/17/2022 | 202228504680 |
| DOMESTIC AGENT ADDRESS CHANGE | 03/29/2023 | 202308802672 |

UNITED STATES OF AMERICA
STATE OF OHIO
OFFICE OF SECRETARY OF STATE

*I, Frank LaRose, Secretary of State of the State of Ohio, do hereby certify that this is a list of all records approved on this business entity and in the custody of the Secretary of State.*

THE SEAL OF THE SECRETARY OF STATE OF OHIO

*Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 27th of March, A.D. 2024*

*Ohio Secretary of State*

Frank LaRose

# EXHIBIT 5

Downloads PDF file

| Entity# | Name | Type | Filing Date | Exp. Date | Status | Location | County | State |
|---|---|---|---|---|---|---|---|---|
| 4684518 | VOTER REFERENCE FOUNDATION LLC | DOMESTIC LIMITED LIABILITY COMPANY | 05/21/2021 | - | Active | – | - | - |