# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Atlas Data Privacy Corporation, et als.<br><br>Plaintiff(s)<br><br>v.<br><br>Restoration of America, et als.<br><br>Defendant(s) | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY<br>[Local Civil rule 6.1(b)]<br><br>Civil Action No. 3:24-04324-MAS-TJB |

Application is hereby made for a Clerk's Order extending time within which defendant(s) Restoration of America and Voter Reference Foundation LLC may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on March 1, 2024 ; and
3. Time to Answer, Move or otherwise Reply expires on April 19, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　John E. MacDonald, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant(s)

　　　　　　　　　　　　　　　　　　　　　　　　100 Charles Ewing Blvd Ste 140
　　　　　　　　　　　　　　　　　　　　　　　　Mailing Address

　　　　　　　　　　　　　　　　　　　　　　　　Ewing, NJ 08628
　　　　　　　　　　　　　　　　　　　　　　　　City, State, Zip Code

## ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to _____.
ORDER DATED: _____

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk