John E. MacDonald, Esq. (Attorney ID 011511995)
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
3120 Princeton Pike, Suite 301
Lawrenceville, NJ 08648
(609) 357-1183 (tel)
(609) 844-1102 (fax)
*jmacdonald@constangy.com*
*Attorneys for Defendants Restoration of America, Inc.*
*and Voter Reference Foundation LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>                                    Plaintiffs,<br><br>v.<br><br>RESTORATION OF AMERICA, VOTER REFERENCE FOUNDATION LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>                                    Defendants. | (Electronically Filed)<br><br>CIVIL ACTION<br><br>Civil Action No. 1:24-cv-4324 |

## NOTICE OF MOTION FOR JUDICIAL NOTICE

**To:** Rajiv D. Parikh, Esq.
PEM LAW LLP
One Boland Drive, Suite 101
West Orange, NJ 07052
*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that on September 3, 2024, at 10:00 a.m., or as soon thereafter as counsel can be heard, Constangy, Brooks, Smith & Prophete, LLP, attorneys for Defendants, Restoration of America and Voter Reference Foundation, LLC, will move before this Court at the Mitchell H. Cohen Building and U.S. Courthouse located at 4th and Cooper Streets, Camden, New Jersey 08101 for an Order granting the Defendants' Motion for Judicial Notice of the exhibits attached to the Certification of John E. MacDonald, Esq.

**IN SUPPORT** of this motion, Defendants shall rely upon its supporting Memorandum of Law, the Certification of John E. MacDonald, Esq. and annexed exhibits filed therewith. A proposed form of Order is also submitted.

Oral argument is hereby requested.

Dated: June 14, 2024
CONSTANGY, BROOKS, SMITH & PROPHETE LLP

By: */s/ John E. MacDonald*
John E. MacDonald (Attorney ID 011511995)
3120 Princeton Pike, Suite 301
Lawrenceville, NJ 08648
jmacdonald@constangy.com
(609) 357-1183 (tel)
(609) 844-1102 (fax)
*Attorneys for Defendants Restoration of America, Inc. and Voter Reference Foundation LLC*

## CERTIFICATION OF SERVICE

I hereby certify that on June 14, 2024, the foregoing was filed electronically. Notice of this filing will be sent to the below listed attorneys of record by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

> Rajiv D. Parikh, Esq.
> PEM LAW LLP
> One Boland Drive, Suite 101
> West Orange, NJ 07052
> rparikh@pemlawfirm.com
> *Attorneys for Plaintiffs*

*/s/ John E. MacDonald, Esq.*
John E. MacDonald, Esq.
