**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>RESTORATION OF AMERICA, VOTER REFERENCE FOUNDATION LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>Defendants. | (Electronically Filed)<br><br>Civil Action No. 1:24-cv-4324<br><br>**CERTIFICATION OF JOHN E. MACDONALD, ESQ. IN SUPPORT OF REQUEST FOR ADMISSION OF DAVID A. YUDELSON TO PRACTICE *PRO HAC VICE*** |

I, John E. MacDonald, being of full age do hereby certify and state as follows:

1. I am a Partner with the law firm of Constangy, Brooks, Smith & Prophete, LLP, representing Defendants Restoration of America and Voter Reference Foundation LLC (collectively "Defendants") in the above-captioned matter. I make this Certification in support of the application for admission to practice *pro hac vice* of David A. Yudelson, Esq. on behalf of Defendants in this matter.

2. I am an attorney licensed to practice in the state courts of New Jersey, New York, Pennsylvania and Connecticut, and am a member in good standing of the bars of same. I am also admitted to practice in this Court, and I am also a member in good standing of the United States District Courts for the Eastern District of Pennsylvania, the Middle District of Pennsylvania, the Southern District of New York, the Eastern District of New York, the North District of New York, and the District of Connecticut.

3. We have attempted to confirm consent but have been unable to confirm Plaintiffs' consent to this application for David A. Yudelson's admission to practice *pro hac vice*. However, Plaintiff's counsel did not oppose this application.

4. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction as a member of the bar.

5. I certify that I shall serve as local counsel in the above-captioned matter and that I shall comply with all aspects of L. Civ. R. 101.1(c) in regards to the admission to practice *pro hac vice* of Mr. Yudelson.

6. I will continue to file all pleadings, papers and submissions, enter appearances, sign stipulations, and/or sign and receive payments on judgments, decrees or orders as well as make all required court appearances, and abide by all other requirements of L. Civ. R. 101.1(c).

7. I understand that I will be responsible for the conduct of the above-captioned matter as well as for the conduct of Mr. Yudelson and his adherence to L. Civ. R. 101.1(c) should his admission to practice *pro hac vice* be granted.

I certify under penalty of perjury that the foregoing statements made by me are true and correct. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 10, 2024

By: *_/s/ John E. MacDonald_*

John E. MacDonald (NJ Bar No. 011511995)
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
3120 Princeton Pike, Suite 301
Lawrenceville, NJ 08648
jmacdonald@constangy.com
(609) 357-1183 (tel)
(609) 844-1102 (fax)
*Attorneys for Defendants*
*Restoration of America, Inc. and*
*Voter Reference Foundation LLC*