**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>RESTORATION OF AMERICA, VOTER REFERENCE FOUNDATION LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>Defendants. | (Electronically Filed)<br><br>Civil Action No. 1:24-cv-4324<br><br>**CERTIFICATION OF DAVID A. YUDELSON, ESQ. IN SUPPORT OF REQUEST FOR ADMISSION TO PRACTICE *PRO HAC VICE*** |

I, David A. Yudelson, Esq., being of full age, certify as follows:

1. I am an attorney with the law firm of Constangy, Brooks, Smith & Prophete, LLP, representing Defendants Restoration of America and Voter Reference Foundation LLC (collectively "Defendants") in the above-captioned matter. I make this Certification in support of my application for admission to practice *pro hac vice* on behalf of Defendants in the above-captioned matter.

2. We have attempted to confirm consent with counsel for Plaintiffs regarding my application for admission *pro hac vice* and but have been unable to confirm. However, Plaintiffs' counsel did not oppose my application.

3. I am a licensed attorney in good standing with the following bars and for which I have set forth the year of admission and the name and address of the official or office maintaining the roll of such members of its bar:

- ***State of Nebraska State and Federal Bar*** (# 23257)
  Admitted 9/16/2005
  The State Bar of Nebraska
  5001 Central Park Dr., Ste. 300
  Lincoln, NE 68504-3461

  ***United States District Court for Nebraska***
  Roman L. Hruska Federal Courthouse
  111 South 18th Plaza
  Suite 1152
  Omaha, NE 68102

- ***The State Bar of California*** Bar (#325316)
  Admitted 4/18/19
  180 Howard Street
  San Francisco, CA 94105

  - ***United States District Court for the Central District of California***
    Admitted: 4/29/2019
    First Street U.S. Courthouse
    350 W. 1st Street, Suite 4311
    Los Angeles, CA
    (213) 894--1565

  - ***United States District Court for the Northern District of California***
    Admitted: 5/1/2019
    Phillip Burton Federal Building
    & United States Courthouse
    450 Golden Gate Avenue
    San Francisco, CA 94102

  - ***United States District Court for the Southern District of California***
    Admitted 5/2/2019
    Edward J. Schwartz Courthouse
    221 West Broadway
    San Diego, CA 92101

- ***United States Court of Appeals for the Eight Circuit***:
  Admitted (through NE license) on 4/12/2010
  Thomas F. Eagleton Courthouse
  111 South 10th Street
  Room 24.329
  St. Louis, MO. 63102

- ***United States Court of Appeals for the Ninth Circuit***:
  Admitted (through CA and NE licenses) on 4/13/2023
  The James R. Browning Courthouse

95 7th Street
San Francisco, CA 94103

- ***United States Supreme Court***
  Admitted (through NE license) 10/9/2012
  Supreme Court of the United States
  1 First Street, NE
  Washington, DC 20543

4. I certify that no disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction. I further certify that I am not under suspension or disbarment by any court. Additionally, I understand that, should I be admitted *pro hac vice*, I will have a continuing obligation during the period of such admission to promptly advise the Court of the institution of new disciplinary proceedings, if any.

5. I understand that if I am admitted *pro hac vice* I will: (i) be subject to the disciplinary jurisdiction of the United States District Court for the District of New Jersey; (ii) abide by L. Civ. R. 101.1(c); (iii) make payment in accordance with L. Civ. R. 101.1(c)(2) to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for each calendar year in which I continue to represent a client in a mater pending in this Court; and (iv) make a payment of $250.00 to the Clerk, United States District Court, in accordance with L. Civ. R. 101.1(c)(3).

I certify under penalty of perjury that the foregoing statements made by me are true and correct. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 10, 2024

By: *\/s/ David A. Yudelson*
David A. Yudelson (CA Bar No. 325316)
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
2029 Century Park East, Suite 1100
Los Angeles, CA 90067
dyudelson@constangy.com
(310) 909-7775 (tel)
(424) 465-6630 (fax)
*Attorneys for Defendants*
*Restoration of America, Inc. and*
*Voter Reference Foundation LLC*