**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN, | (Electronically Filed) |
| Plaintiffs, | CIVIL ACTION |
| v. | Civil Action No. 1:24-cv-4324 |
| RESTORATION OF AMERICA, VOTER REFERENCE FOUNDATION LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,* | |
| Defendants. | |

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

The motion of David A. Yudelson, Esq. for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants in the above titled action;

IT IS HEREBY ORDERED that:

1. Applicant is admitted *pro hac vice* in the above captioned case. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys;

2. Applicant shall make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a). This payment shall be made for any year in which the admitted attorney continues to represent a client in a matter pending in this Court;

3. Applicant shall make a payment of $250.00 on each admission payable to the Clerk, United States District Court; and

4. A copy of the order shall be forwarded by the Clerk to the Treasurer of the Fund.

Dated: __________ , 2024

___________________________________
United States District / Magistrate Judge