# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4037 |
| | ) | |
| <u>We Inform, LLC, et. al.</u> | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4041 |
| | ) | |
| <u>Infomatics, LLC, et. al.</u> | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4045 |
| | ) | |
| <u>The People Searchers, LLC, et. al.</u> | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4075 |
| | ) | |
| <u>DM Group, Inc., et. al.</u> | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4080 |
| | ) | |
| <u>Deluxe Corporation, et. al.</u> | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u><br>    *Plaintiff*<br>            v.<br><br><u>Delvepoint, LLC, et. al.</u><br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4096 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>    *Plaintiff*<br>            v.<br><br><u>Quantarium Alliance, LLC, et. al.</u><br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4098 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>    *Plaintiff*<br>            v.<br><br><u>Yardi Systems, Inc., et. al.</u><br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4103 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>    *Plaintiff*<br>            v.<br><br><u>Digital Safety Products, LLC, et. al.</u><br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4141 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>    *Plaintiff*<br>            v.<br><br><u>Cvil Data Research</u><br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-4143 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Scalable Commerce, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4160 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Labels & Lists, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4174 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Innovis Data Solutions Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4176 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Accurate Append, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4178 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Zillow, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4256 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.    ) <br>       *Plaintiff*                          ) <br>          v.                             ) <br>                                            ) <br> Equimine, Inc., et. al.                    ) <br>       *Defendant*                         ) | Case No. 24-4261 |
| Atlas Data Privacy Corporation, et. al.    ) <br>       *Plaintiff*                          ) <br>          v.                             ) <br>                                            ) <br> Melissa Data Corp., et. al.                ) <br>       *Defendant*                         ) | Case No. 24-4292 |
| Atlas Data Privacy Corporation, et. al.    ) <br>       *Plaintiff*                          ) <br>          v.                             ) <br>                                            ) <br> Restoration of America, et. al.            ) <br>       *Defendant*                         ) | Case No. 24-4324 |
| Atlas Data Privacy Corporation, et. al.    ) <br>       *Plaintiff*                          ) <br>          v.                             ) <br>                                            ) <br> i360, LLC, et. al.                         ) <br>       *Defendant*                         ) | Case No. 24-4345 |
| Atlas Data Privacy Corporation, et. al.    ) <br>       *Plaintiff*                          ) <br>          v.                             ) <br>                                            ) <br> GoHunt, LLC, et. al.                       ) <br>       *Defendant*                         ) | Case No. 24-4380 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4383 |
| | ) | |
| Accuzip, Inc., et. al. | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4385 |
| | ) | |
| Synaptix Technology, LLC, et. al. | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4389 |
| | ) | |
| Joy Rockwell Enterprises, Inc., et. al. | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4390 |
| | ) | |
| Fortnoff Financial, LLC, et. al. | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4392 |
| | ) | |
| MyHeritage, Ltd., et. al. | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> *Plaintiff* v. <u>E-merges.com, Inc., et. al.</u> *Defendant* | ) ) ) ) ) ) ) | Case No. 24-4434 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> *Plaintiff* v. <u>Nuwber, Inc., et. al.</u> *Defendant* | ) ) ) ) ) ) ) | Case No. 24-4609 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> *Plaintiff* v. <u>RocketReach LLC, et. al.</u> *Defendant* | ) ) ) ) ) ) ) | Case No. 24-4664 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> *Plaintiff* v. <u>Belles Camp Communications, Inc., et. al.</u> *Defendant* | ) ) ) ) ) ) ) | Case No. 24-4949 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> *Plaintiff* v. <u>Property Radar Inc., et. al.</u> *Defendant* | ) ) ) ) ) ) ) | Case No. 24-5600 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> *Plaintiff* v. <u>The Alesco Group, L.L.C., et. al.</u> *Defendant* | ) ) ) ) ) ) ) | Case No. 24-5656 |
| <u>Atlas Data Privacy Corporation, et. al.</u> *Plaintiff* v. <u>Searchbug, Inc., et. al.</u> *Defendant* | ) ) ) ) ) ) ) | Case No. 24-5658 |
| <u>Atlas Data Privacy Corporation, et. al.</u> *Plaintiff* v. <u>Amerilist, Inc., et. al.</u> *Defendant* | ) ) ) ) ) ) ) | Case No. 24-5775 |
| <u>Atlas Data Privacy Corporation, et. al.</u> *Plaintiff* v. <u>U.S. Data Corporation, et. al.</u> *Defendant* | ) ) ) ) ) ) ) | Case No. 24-7324 |
| <u>Atlas Data Privacy Corporation, et. al.</u> *Plaintiff* v. <u>Smarty, LLC, et. al.</u> *Defendant* | ) ) ) ) ) ) ) | Case No. 24-8075 |

|  |  |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | |
| *Plaintiff*     ) | |
| v.     ) | Case No. 24-8451 |
|      ) | |
| <u>Compact Information Systems, LLC., et. al.</u>     ) | |
| *Defendant*     ) | |
|  | |
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | |
| *Plaintiff*     ) | |
| v.     ) | Case No. 24-10600 |
|      ) | |
| <u>Darkowl, LLC, et. al.</u>     ) | |
| *Defendant*     ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

<u>Intervenor Attorney General of New Jersey.</u>

Date: 12/6/2024

*Attorney's signature*

KASHIF T. CHAND
N.J. Bar No. 016752008
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

KASHIF.CHAND@LAW.NJOAG.GOV
*E-mail address*

973-648-2052
*Telephone number*

973-648-3879
*FAX number*