UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   December 10, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   SHARON RICCI

**TITLE OF CASE:**              **DOCKET NO.:** 24-4324 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
RESTORATION OF AMERICA, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

                              s/Lawrence Macstravic
                              Deputy Clerk

Time Commenced: 10:36a.m.    Time Adjourned: 10:38a.m.    Total Time in Court: 0:02