

John MacDonald, Partner & Office Head
Cybersecurity & Data Privacy Team
3120 Princeton Pike, Suite 301
Lawrenceville, NJ 08648
jmacdonald@constangy.com
609.454.0096

May 27, 2025

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:   *Atlas Data Privacy Corporation, et al v. Restoration of America., et al.*
      Case No. 1:24-cv-04324-HB
      Defendants' Motion to Dismiss Plaintiffs' Complaint

Dear Judge Bartle:

This firm represents the defendants Restoration of America and Voter Reference Foundation LLC ("Defendants") in the above-referenced matters. With regard to our motion dated June 14, 2024, we met and conferred with counsel for Plaintiff's regarding whether our motion was opposed. Counsel indicated our motion was indeed opposed and referred me to the Opposition to the Consolidated Motion to Dismiss (Dkt. No. 55). There is no specific argument contained in Dkt. No. 55 that references the as applied challenge from these Defendants nor any arguments regarding Defendants or preemption in that filing that we could locate.

Respectfully submitted,

*/s/ John E. MacDonald*

John E. MacDonald
Partner & Office Head, Cybersecurity & Data Privacy Team

Alabama   Arkansas   California   Colorado   District of Columbia   Florida   Georgia   Illinois
Indiana   Maryland   Massachusetts   Minnesota   Missouri   New Jersey   New York
North Carolina   Oregon   Pennsylvania   South Carolina   Tennessee   Texas   Virginia   Washington