IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RESTORATION OF AMERICA, et al. | : | NO. 24-4324 |

ORDER

AND NOW, this 29th day of May 2025, after a telephone conference with counsel, it is hereby ORDERED that:

(1) Plaintiffs shall file on or before June 30, 2025 their response to the motion of Defendants to dismiss this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to the extent that said Defendants argue that Daniel's Law is preempted by the National Voter Registration Act as applied; and

(2) Defendants shall file any reply brief on or before July 14, 2025.

BY THE COURT:

/s/ Harvey Bartle III
　　　　　　　　　　　　　　J.