```
                  IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY                   :      CIVIL ACTION
CORPORATION, et al.                  :
                                     :
        v.                           :
                                     :
WE INFORM, LLC, et al.               :      NO. 24-4037
─────────────────────────────────────────────────────────────
ATLAS DATA PRIVACY                   :      CIVIL ACTION
CORPORATION, et al.                  :
                                     :
        v.                           :
                                     :
INFOMATICS, LLC, et al.              :      NO. 24-4041
─────────────────────────────────────────────────────────────
ATLAS DATA PRIVACY                   :      CIVIL ACTION
CORPORATION, et al.                  :
                                     :
        v.                           :
                                     :
THE PEOPLE SEARCHERS, LLC,           :      NO. 24-4045
et al.                               :
─────────────────────────────────────────────────────────────
ATLAS DATA PRIVACY                   :      CIVIL ACTION
CORPORATION, et al.                  :
                                     :
        v.                           :
                                     :
INNOVIS DATA SOLUTIONS INC.,         :      NO. 24-4176
et al.                               :
─────────────────────────────────────────────────────────────
ATLAS DATA PRIVACY                   :      CIVIL ACTION
CORPORATION, et al.                  :
                                     :
        v.                           :
                                     :
RESTORATION OF AMERICA, et al.       :      NO. 24-4176
```

```
ATLAS DATA PRIVACY              :        CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
SMARTY, LLC, et al.             :        NO. 24-8075
```

ORDER

AND NOW, this 9th day of June 2025, after receipt of a letter from the Office of the Attorney General of New Jersey, it is hereby ORDERED that:

(1) The oral argument scheduled for **Monday, June 16, 2025 at 10:00 AM** in Courtroom No. 1 in the United States Courthouse in Camden, New Jersey, is ADJOUNRED only as to any arguments that Daniel's Law is preempted by the Communications Decency Act ("CDA"), 47 U.S.C. § 230, or the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*. See, e.g., Order, Atlas Data Privacy Corp. v. We Inform, LLC., 24-cv-4037 (D.N.J. filed May 22, 2025) (Doc. #59);

(2) The oral argument as to all other issues and the status conference will be held as scheduled;

(3) The Attorney General of New Jersey shall file on or before July 14, 2025 a consolidated brief in the above actions addressing Defendants' defenses under the CDA, FCRA, and the National Voter Restoration Act, 52 U.S.C. § 20501, *et seq.* The consolidated brief shall not exceed 30 pages; and

2

      (4)  Defendants shall file on or before July 28, 2025 any reply brief.  Such brief shall not exceed 15 pages.

                          BY THE COURT:

                          /s/   Harvey Bartle III  
                                        J.