# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4037 |
| | ) | |
| <u>We Inform, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4041 |
| | ) | |
| <u>Infomatics, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4045 |
| | ) | |
| <u>The People Searchers, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4075 |
| | ) | |
| <u>DM Group, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4080 |
| | ) | |
| <u>Deluxe Corporation, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
|     *Plaintiff*     ) | | |
|           v.     ) | Case No. 24-4096 | |
|     ) | | |
| <u>Delvepoint, LLC, et. al.</u>     ) | | |
|     *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
|     *Plaintiff*     ) | | |
|           v.     ) | Case No. 24-4098 | |
|     ) | | |
| <u>Quantarium Alliance, LLC, et. al.</u>     ) | | |
|     *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
|     *Plaintiff*     ) | | |
|           v.     ) | Case No. 24-4103 | |
|     ) | | |
| <u>Yardi Systems, Inc., et. al.</u>     ) | | |
|     *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
|     *Plaintiff*     ) | | |
|           v.     ) | Case No. 24-4141 | |
|     ) | | |
| <u>Digital Safety Products, LLC, et. al.</u>     ) | | |
|     *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
|     *Plaintiff*     ) | | |
|           v.     ) | Case No. 24-4143 | |
|     ) | | |
| <u>Cvil Data Research</u>     ) | | |
|     *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4160 |
| | ) | |
| <u>Scalable Commerce, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4174 |
| | ) | |
| <u>Labels & Lists, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4176 |
| | ) | |
| <u>Innovis Data Solutions Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4178 |
| | ) | |
| <u>Accurate Append, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4256 |
| | ) | |
| <u>Zillow, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> </br>    *Plaintiff* </br>        v. </br> </br> <u>Equimine, Inc., et. al.</u> </br>    *Defendant* | )</br>)</br>)</br>)</br>)</br>)</br>) | Case No. 24-4261 |
| <u>Atlas Data Privacy Corporation, et. al.</u> </br>    *Plaintiff* </br>        v. </br> </br> <u>Melissa Data Corp., et. al.</u> </br>    *Defendant* | )</br>)</br>)</br>)</br>)</br>)</br>) | Case No. 24-4292 |
| <u>Atlas Data Privacy Corporation, et. al.</u> </br>    *Plaintiff* </br>        v. </br> </br> <u>Restoration of America, et. al.</u> </br>    *Defendant* | )</br>)</br>)</br>)</br>)</br>)</br>) | Case No. 24-4324 |
| <u>Atlas Data Privacy Corporation, et. al.</u> </br>    *Plaintiff* </br>        v. </br> </br> <u>i360, LLC, et. al.</u> </br>    *Defendant* | )</br>)</br>)</br>)</br>)</br>)</br>) | Case No. 24-4345 |
| <u>Atlas Data Privacy Corporation, et. al.</u> </br>    *Plaintiff* </br>        v. </br> </br> <u>GoHunt, LLC, et. al.</u> </br>    *Defendant* | )</br>)</br>)</br>)</br>)</br>)</br>) | Case No. 24-4380 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   )<br>*Plaintiff*                                                                )<br>                             v.                                               )<br>                                                                                 )<br><u>Accuzip, Inc., et. al.</u>                                        )<br>*Defendant*                                                          ) | | Case No. 24-4383 |
| <u>Atlas Data Privacy Corporation, et. al.</u>   )<br>*Plaintiff*                                                                )<br>                             v.                                               )<br>                                                                                 )<br><u>Synaptix Technology, LLC, et. al.</u>              )<br>*Defendant*                                                          ) | | Case No. 24-4385 |
| <u>Atlas Data Privacy Corporation, et. al.</u>   )<br>*Plaintiff*                                                                )<br>                             v.                                               )<br>                                                                                 )<br><u>Joy Rockwell Enterprises, Inc., et. al.</u>       )<br>*Defendant*                                                          ) | | Case No. 24-4389 |
| <u>Atlas Data Privacy Corporation, et. al.</u>   )<br>*Plaintiff*                                                                )<br>                             v.                                               )<br>                                                                                 )<br><u>Fortnoff Financial, LLC, et. al.</u>                    )<br>*Defendant*                                                          ) | | Case No. 24-4390 |
| <u>Atlas Data Privacy Corporation, et. al.</u>   )<br>*Plaintiff*                                                                )<br>                             v.                                               )<br>                                                                                 )<br><u>MyHeritage, Ltd., et. al.</u>                                )<br>*Defendant*                                                          ) | | Case No. 24-4392 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4434 |
| | ) | |
| E-merges.com, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4609 |
| | ) | |
| Nuwber, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4664 |
| | ) | |
| RocketReach LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4949 |
| | ) | |
| Belles Camp Communications, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5600 |
| | ) | |
| Property Radar Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>The Alesco Group, L.L.C., et. al. )<br>*Defendant* ) | | Case No. 24-5656 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>Searchbug, Inc., et. al. )<br>*Defendant* ) | | Case No. 24-5658 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>Amerilist, Inc., et. al. )<br>*Defendant* ) | | Case No. 24-5775 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>U.S. Data Corporation, et. al. )<br>*Defendant* ) | | Case No. 24-7324 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>Smarty, LLC, et. al. )<br>*Defendant* ) | | Case No. 24-8075 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al. ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> Compact Information Systems, LLC., et. al. ) <br> *Defendant* ) | Case No. 24-8451 |
| Atlas Data Privacy Corporation, et. al. ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> Darkowl, LLC, et. al. ) <br> *Defendant* ) | Case No. 24-10600 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

Intervenor Attorney General of New Jersey.

Date: 6/11/2025

*Kathleen C Riley*
*Attorney's signature*

KATHLEEN C. RILEY
N.J. Bar No. 307982019
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

KATHLEEN.RILEY@LAW.NJOAG.GOV
*E-mail address*

973-648-2052
*Telephone number*

973-648-3879
*FAX number*