```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY                  :        CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
WE INFORM, LLC, et al.              :        NO. 24-4037
_____

ATLAS DATA PRIVACY                  :        CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
INFOMATICS, LLC, et al.             :        NO. 24-4041
_____

ATLAS DATA PRIVACY                  :        CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
THE PEOPLE SEARCHERS, LLC,          :        NO. 24-4045
et al.                              :
_____

ATLAS DATA PRIVACY                  :        CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
INNOVIS DATA SOLUTIONS INC.,        :        NO. 24-4176
et al.                              :
_____

ATLAS DATA PRIVACY                  :        CIVIL ACTION
CORPORATION, et al.                 :
                                    :
        v.                          :
                                    :
RESTORATION OF AMERICA, et al.      :        NO. 24-4176
```

```
ATLAS DATA PRIVACY              :       CIVIL ACTION
CORPORATION, et al.             :
                                :
        v.                      :
                                :
SMARTY, LLC, et al.             :       NO. 24-8075
```

ORDER

AND NOW, this 2nd day of July 2025, it is hereby ORDERED that the court will hold Oral Argument on **Monday, August 11, 2025 at 10:00 AM** in Courtroom No. 1 in the United States Courthouse in Camden, New Jersey regarding the motions of Defendants to dismiss the above actions under Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that Daniel's Law is preempted by federal law and is unconstitutional as applied.

BY THE COURT:

/s/  Harvey Bartle III
                    J.