

John MacDonald, Partner & Office Head
Cybersecurity & Data Privacy Team
3120 Princeton Pike, Suite 301
Lawrenceville, NJ 08648
jmacdonald@constangy.com
609.454.0096

July 11, 2025

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:  *Atlas Data Privacy Corporation, et al v. Restoration of America., et al.*
     Case No. 1:24-cv-04324-HB
     Defendants' Motion to Dismiss Plaintiffs' Complaint

Dear Judge Bartle:

This firm represents the defendants Restoration of America and Voter Reference Foundation LLC ("Defendants") in the above-referenced matters. Defendant's Reply to the Motion to Dismiss is due on Monday, July 14, 2025. There has been an unexpected absence of the client's team and are therefore requesting a four (4) day extension to filing the Reply to Plaintiffs' Opposition to the Motion to Dismiss, or until Friday, July 18, 2025. Plaintiffs' counsel has courteously consented to this proposed extension.

Respectfully submitted,

*/s/ John E. MacDonald*

John E. MacDonald
Partner & Office Head, Cybersecurity & Data Privacy Team