# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>We Inform, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4037 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Infomatics, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4041 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>The People Searchers, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4045 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>DM Group, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4075 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Deluxe Corporation, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4080 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4096 |
| | ) | |
| Delvepoint, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4098 |
| | ) | |
| Quantarium Alliance, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4103 |
| | ) | |
| Yardi Systems, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4141 |
| | ) | |
| Digital Safety Products, LLC, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4143 |
| | ) | |
| Cvil Data Research | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4160 |
| | ) | |
| <u>Scalable Commerce, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4174 |
| | ) | |
| <u>Labels & Lists, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4176 |
| | ) | |
| <u>Innovis Data Solutions Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4178 |
| | ) | |
| <u>Accurate Append, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4256 |
| | ) | |
| <u>Zillow, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   )  <br> *Plaintiff*   )  <br> v.   )  <br>    )  <br> <u>Equimine, Inc., et. al.</u>   )  <br> *Defendant*   ) | | Case No. 24-4261 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   )  <br> *Plaintiff*   )  <br> v.   )  <br>    )  <br> <u>Melissa Data Corp., et. al.</u>   )  <br> *Defendant*   ) | | Case No. 24-4292 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   )  <br> *Plaintiff*   )  <br> v.   )  <br>    )  <br> <u>Restoration of America, et. al.</u>   )  <br> *Defendant*   ) | | Case No. 24-4324 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   )  <br> *Plaintiff*   )  <br> v.   )  <br>    )  <br> <u>i360, LLC, et. al.</u>   )  <br> *Defendant*   ) | | Case No. 24-4345 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   )  <br> *Plaintiff*   )  <br> v.   )  <br>    )  <br> <u>GoHunt, LLC, et. al.</u>   )  <br> *Defendant*   ) | | Case No. 24-4380 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>           v.  )<br>  )<br><u>Accuzip, Inc., et. al.</u>  )<br>*Defendant*  ) | | Case No. 24-4383 |
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>           v.  )<br>  )<br><u>Synaptix Technology, LLC, et. al.</u>  )<br>*Defendant*  ) | | Case No. 24-4385 |
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>           v.  )<br>  )<br><u>Joy Rockwell Enterprises, Inc., et. al.</u>  )<br>*Defendant*  ) | | Case No. 24-4389 |
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>           v.  )<br>  )<br><u>Fortnoff Financial, LLC, et. al.</u>  )<br>*Defendant*  ) | | Case No. 24-4390 |
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>           v.  )<br>  )<br><u>MyHeritage, Ltd., et. al.</u>  )<br>*Defendant*  ) | | Case No. 24-4392 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>E-merges.com, Inc., et. al. )<br>*Defendant* ) | | Case No. 24-4434 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>Nuwber, Inc., et. al. )<br>*Defendant* ) | | Case No. 24-4609 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>RocketReach LLC, et. al. )<br>*Defendant* ) | | Case No. 24-4664 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>Belles Camp Communications, Inc., et. al. )<br>*Defendant* ) | | Case No. 24-4949 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>*Plaintiff* )<br>v. )<br> )<br>Property Radar Inc., et. al. )<br>*Defendant* ) | | Case No. 24-5600 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5656 |
| | ) | |
| The Alesco Group, L.L.C., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5658 |
| | ) | |
| Searchbug, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5775 |
| | ) | |
| Amerilist, Inc., et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-7324 |
| | ) | |
| U.S. Data Corporation, et. al. | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-8075 |
| | ) | |
| Smarty, LLC, et. al. | ) | |
| *Defendant* | ) | |

|  |  |  |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-8451 |
| | ) | |
| <u>Compact Information Systems, LLC., et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-10600 |
| | ) | |
| <u>Darkowl, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

## <u>APPEARANCE OF COUNSEL</u>

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

<u>Intervenor Attorney General of New Jersey.</u>

| Date: | 7/14/2025 | /s/ Liza B. Fleming |
|---|---|---|
| | | *Attorney's signature* |
| | | LIZA B. FLEMING |
| | | N.J. Bar No. 441912023 |
| | | *Printed name and bar number* |
| | | |
| | | Office of the New Jersey Attorney General |
| | | R.J. Hughes Justice Complex |
| | | 25 Market Street, P.O. Box 080 |
| | | Trenton, NJ 08625 |
| | | *Address* |
| | | |
| | | LIZA.FLEMING@NJOAG.GOV |
| | | *E-mail address* |
| | | |
| | | 862-350-5800 |
| | | *Telephone number* |
| | | |
| | | 609-292-3508 |
| | | *FAX number* |