```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY              :      CIVIL ACTION
CORPORATION, et al.             :
                                :
      v.                        :
                                :
RESTORATION OF AMERICA, et al.  :      NO. 24-4324
```

ORDER

AND NOW, this 14th day of July 2025, it is hereby ORDERED that the letter request of Defendants Restoration of America and Voter Reference Foundation LLC for an extension of time to file a reply brief, dated July 11, 2025 (Doc. #74), is GRANTED.  Defendants shall file any reply brief on or before July 18, 2025.

                              BY THE COURT:


                              /s/   Harvey Bartle III
                                                    J.