## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>RESTORATION OF AMERICA, VOTER REFERENCE FOUNDATION LLC, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | (Electronically Filed)<br><br>CIVIL ACTION<br><br>Civil Action No. 1:24-cv-4324 |

### MOTION FOR ADMISSION *PRO HAC VICE*

Defendants Restoration of America and Voter Reference Foundation LLC (collectively "Defendants"), pursuant to Local Civ. Rule 101(c) hereby moves for the admission *pro hac vice* of Matthew Mueller, Esq. in the above captioned action. In support of this Motion, Defendants submit the Certification of John E. MacDonald, Esq. as well as the certification from the applicant and a proposed form of Order.

                                                          Respectfully submitted,

Dated: August 5, 2025　　　　　　　　　By: */s/ John E. MacDonald*
　　　　　　　　　　　　　　　　　　　　John E. MacDonald (NJ Bar No. 011511995)
　　　　　　　　　　　　　　　　　　　　Constangy, Brooks, Smith & Prophete LLP
　　　　　　　　　　　　　　　　　　　　3120 Princeton Pike, Suite 301
　　　　　　　　　　　　　　　　　　　　Lawrenceville, NJ 08648
　　　　　　　　　　　　　　　　　　　　jmacdonald@constangy.com
　　　　　　　　　　　　　　　　　　　　(609) 357-1183 (tel)
　　　　　　　　　　　　　　　　　　　　(609) 844-1102 (fax)
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*