UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

DATE OF PROCEEDING: September 12, 2025

**JUDGE HARVEY BARTLE III**

COURT REPORTER: FRANCESCA DI BELLA

TITLE OF CASE:  DOCKET NO.: 24-4324 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
RESTORATION OF AMERICA, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS:** STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced:   10:36 a.m.   Time Adjourned: 10:38 a.m.   Total Time in Court: 0:02