

John MacDonald, Partner & Office Head
Cybersecurity & Data Privacy Team
3120 Princeton Pike, Suite 301
Lawrenceville, NJ 08648
jmacdonald@constangy.com
Telephone: (609) 357-1183
Mobile: (609) 558-4201

November 3, 2025

<u>VIA ECF</u>

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

  Re: *Atlas Data Privacy Corp., et al. v. Restoration of America, et al.*
    Case No. 1:24-cv-04324-HB
    **Joinder in Defendants' Request to Stay or in the Alternative Joint Proposed Discovery Schedule**

Dear Judge Bartle:

  This firm represents the defendants Restoration of America and Voter Reference Foundation, LLC ("Defendants") in the above-referenced matter. We write to advise the Court that Defendants join the letter Request to Stay, or in the alternative, Joint Proposed Discovery Schedule, which was filed under Dkt. No. 71 in the action captioned as *Atlas Data Privacy Corp., et al v. Joy Rockwell Enterprises, Inc. et al* (No. 1:24-cv-04389-HB). For the reasons set forth in the letter, Defendants respectfully request that a stay be issued by this Court, or in the alternative, that this Court adopt the proposed discovery schedule.

  Thank you for your consideration.

Respectfully submitted,

*/s/ John E. MacDonald*
John E. MacDonald
Partner & Office Head, Cybersecurity & Data Privacy Team