```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY

ATLAS DATA PRIVACY                 :       CIVIL ACTION
CORPORATION, et al.                :
                                   :
          v.                       :
                                   :
DM GROUP, INC., et al.             :       NO. 24-4075


ATLAS DATA PRIVACY                 :       CIVIL ACTION
CORPORATION, et al.                :
                                   :
          v.                       :
                                   :
DELUXE CORP., et al.               :       NO. 24-4080


ATLAS DATA PRIVACY                 :       CIVIL ACTION
CORPORATION, et al.                :
                                   :
          v.                       :
                                   :
DIGITAL SAFETY PRODUCTS, LLC       :       NO. 24-4141


ATLAS DATA PRIVACY                 :       CIVIL ACTION
CORPORATION, et al.                :
                                   :
          v.                       :
                                   :
CIVIL DATA RESEARCH, LLC, et       :       NO. 24-4143
al.                                :


ATLAS DATA PRIVACY                 :       CIVIL ACTION
CORPORATION, et al.                :
                                   :
          v.                       :
                                   :
SCALABLE COMMERCE, LLC, et         :       NO. 24-4160
al.                                :
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| LABELS & LISTS, INC., et al. | : | NO. 24-4174 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| INNOVIS DATA SOLUTIONS, INC., et al. | : : | NO. 24-4176 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| ACCURATE APPEND, INC., et al. | : | NO. 24-4178 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| ZILLOW, INC., et al. | : | NO. 24-4256 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| THOMSON REUTERS CORP., et al. | : | NO. 24-4269 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| RESTORATION OF AMERICA, et al. | : | NO. 24-4324 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| ACCUZIP, INC., et al. | : | NO. 24-4383 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| SYNAPTIX TECHNOLOGY, LLC, et al. | : | NO. 24-4385 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| JOY ROCKWELL ENTERPRISES, INC., et al. | : | NO. 24-4389 |

| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| ROCKETREACH LLC, et al. | : | NO. 24-4664 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| PROPERTYRADAR, INC., et al. | : | NO. 24-5600 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| THE ALESCO GROUP, L.L.C., et al. | : : | NO. 24-5656 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| SEARCHBUG, INC., et al. | : | NO. 24-5658 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| AMERILIST, INC., et al. | : | NO. 24-5775 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| US DATA CORP., et al. | : | NO. 24-7324 |

```
ATLAS DATA PRIVACY            :    CIVIL ACTION
CORPORATION, et al.           :
                              :
       v.                     :
                              :
SMARTY, LLC, et al.           :    NO. 24-8075
```

```
ATLAS DATA PRIVACY            :    CIVIL ACTION
CORPORATION, et al.           :
                              :
       v.                     :
                              :
DARKOWL, LLC, et al.          :    NO. 24-10600
```

```
ATLAS DATA PRIVACY            :    CIVIL ACTION
CORPORATION, et al.           :
                              :
       v.                     :
                              :
FREEDOMSOFT303, LLC, et al.   :    NO. 25-9224
```

ORDER

AND NOW, this 10th day of March 2026, it is hereby ORDERED that the status conference in the above actions is rescheduled from Tuesday, March 17, 2026 to Thursday, March 19, 2026 at 11:00 a.m.  The status conference shall take place in Courtroom No. 5D in the United States Courthouse in Camden, New Jersey.

                                          BY THE COURT:

                                          /s/   Harvey Bartle III
                                                                    J.