Lori Armstrong Halber, Esq.
ATTY ID No. LH2136
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (445) 308-1582
*Attorneys for Defendant*

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al,*<br><br>Plaintiff,<br><br>vs.<br><br>RESTORATION OF AMERICA, *et al,*<br><br>Defendant. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>DOCKET NO.: 1:24-cv-04324-HB<br><br>CIVIL ACTION<br><br>**NOTICE OF APPEARANCE** |

**TO:**   Clerk of Court and All Counsel

**PLEASE TAKE NOTICE** that Lori Armstrong Halber of Constangy, Brooks, Smith & Prophete LLP hereby appears in the above-captioned proceeding as additional counsel to Defendant RESTORATION OF AMERICA and certifies that she is admitted to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated: March 12, 2026

                                                      **CONSTANGY, BROOKS, SMITH & PROPHETE LLP**

                                                      By: */s/ Lori Armstrong Halber*
                                                      1650 Market Street, Suite 3600
                                                      Philadelphia, PA 19103
                                                      larmstronghalber@constangy.com
                                                      (445) 308-1582
                                                      *Attorneys for Defendant*