UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS


**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   March 24, 2026

**JUDGE HARVEY BARTLE III**


**COURT REPORTER:**   META GODDARD


**TITLE OF CASE:**                **DOCKET NO.:** 24-4324 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
RESTORATION OF AMERICA, et al.


**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.


                                  s/Lawrence Macstravic
                                  Deputy Clerk


Time Commenced:   11:40a.m.     Time Adjourned: 11:42a.m.     Total Time in Court: 0:02