| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| RAJIV D. PARIKH | ALL | Plaintiffs |
| ADAM SHAW | ALL | Plaintiffs |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Robert T Szyba | 24-cv- 4037 | We Inform Infomatics & The People Searchers |
| Omar Marouf | 24-CV-4292 | Melissa Data Corp. |
| Emily Whitely | 24-CV-08075 | Smarty LLC |
| Richard Lomuscio | 24-CV-04345 | i360, LLC |
| Joshua Elias | 24-4261 | Equimine d/b/a PropStream |
| Michael Jervis | 25-cv-5989 | Public NSA |
| Samantha Southall | 24-CV-4256 | Zillow |
| Kelly Purcaro | 24-cv-04389 | Soy Rockwell |
| " | " | 24-CV-04383 | AccuZip |
| " | " | 24-CV-05656 | Alesco |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Kelly Purcaro | 24-cv-05775 | Amerilist |
| " " | 25-cv-12137 | AGR Marketing |
| " " | 24-cv-07324 | US Data |
| " " | 25-cv-06863 | RED X |
| " " | 24-cv-05658 | Searchbug |
| Kelly Purcaro | 24-cv-10600 | DarkOwl |
| Ryan J. Cooper | 24-cv-4174 | Labels & Lists Inc. |
| Tim Ortolani | 24-11023 | Spy Dialer Inc. |
| Hannah Scionti | 24-4160 | 1) Scalable Commerce<br>2) National Data Analytics |
| Hannah Scionti | 24-4141 | Digital Safety Products |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
| --- | --- | --- |
| Marcel Pratt | 24-4269 | West Publishing Corp.; TREC |
| MARK Stichel | 24-4434 | eMerges.com, Inc. |
| Brian Deeney | 24-4385 | Synaptix Technology, LLC |
| Jared Levy - Wood Smith Henning & Berman | 25-1590 | Compact Information Systems, LLC Accudata Integrated Marketing, Inc |
| " | " | Alumifinder, ASL Marketing, Inc. College Board Selection Services, |
| " | " | Deepsync Labs, Homedata, and Student Research Group |
| Caroline Nelson | 24-4096 | Delvepoint, LLC |
| Rebecca McCusker | 24-4098 | Quantarium Alliance |
| " " | 25-1535 | Innovative web solutions |
| Lou Bayles | 25-9963 | Sterling Data Company, LLC |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Hannah Scionti | 24 - 4143 | Civil Data Research |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |