# EXHIBIT A

**From:** Yudelson, David
**Sent:** Tuesday, September 8, 2026 11:42 AM
**To:** Jessica A. Merejo, Esq.; Rajiv D. Parikh, Esq.; Adam Shaw; Julia Livingston
**Cc:** MacDonald, John; Yang, Rob; Aquilino, Sarah
**Subject:** ESI Conferences in Atlas v. FreedomSoft/Accurate Append/Restoration PAC

Jessica:

I am writing with regard to your pending motions to compel requesting an order compelling participation in the ESI conferences you requested. We are available on the following dates and times, in any order of the three cases you prefer:

- **Monday 9/14**: open availability
- **Tuesday 9/15**: 9am-10am PT
- **Wednesday 9/16**: 9am-3pm PT
  ****
- **Monday 9/21**: 9am-10am, after 12:30pm PT
- **Tuesday 9/22**: open availability
- **Wednesday 9/23**: 1pm-3pm PT
- **Thursday 9/24**: 10am-3pm PT

Please let us know which dates and times you prefer, and which cases/order you would like to proceed in.

Thanks,
David

**DAVID A. YUDELSON**

**Partner** **t:** 310.256.3074
**e:** dyudelson@constangy.com
**f:** 424.465.6630

**Los Angeles Office**
2029 Century Park East
Suite 1100
Los Angeles, CA 90067

CONSTANGY
Brooks Smith & Prophete